UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TYREEM FOSQUE,** <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA HOUSING AUTHORITY,** <br><br> Defendant. | Case No. 1:25-cv-03515-TNM |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Civil Rule 7, Defendant District of Columbia Housing Authority,[1] by and through undersigned counsel, brings this Motion to Dismiss Plaintiff Tyreem Fosque's Complaint for failure to state a claim upon which relief can be granted.

As explained more fully in Defendant's accompanying Memorandum, Plaintiff fails to allege sufficient facts to state a plausible claim for relief under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, and the District of Columbia's Human Rights Act, D.C. Code § 2–1402.11, *et seq*.

WHEREFORE, for the reasons set forth in its accompanying Memorandum, which is incorporated herein by reference, Defendant respectfully requests that the Court issue an Order dismissing Plaintiff's Complaint in its entirety and with prejudice.

---

[1] As explained in Defendant's accompanying memorandum, Plaintiff was employed by the District of Columbia Housing Authority, and was employed within the Office of Chief of Police, a department within the Authority. Accordingly, the "District of Columbia Housing Authority Police Department" is not a separate entity and is not a properly named Defendant.

Dated:  December 2, 2025    Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  /s/ *Lindsay Neinast Gonzalez*
Lindsay Neinast Gonzalez (Bar No. 998458)
Emily J. Carapella (Bar No. 1658200)
Richard J. Kim (Bar No. 90024569)
815 Connecticut Avenue, NW, Suite 400
Washington, DC  20006
lneinast@littler.com
ecarapella@littler.com
rjkim@littler.com
202.842.3400 (Telephone)
202.842.0011 (Facsimile)

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 2, 2025, the foregoing Motion and accompanying Memorandum in Support and Proposed Order were filed using the Court's CM/ECF system, which will send electronic notice of same to the following:

>Joseph M. Nde Fah (Bar No. MD0009)
>FAH LAW GROUP, P.C.
>8757 Georgia Avenue, Suite 440
>Silver Spring, MD 20910
>Tel: (301) 585-3314
>Fax: (301) 585-0854
>jfah@fahlawgroup.com
>
>*Counsel for Plaintiff*

                                                                    /s/ *Lindsay Neinast Gonzalez*
                                                                    Lindsay Neinast Gonzalez